No. 551, Misc. HOLLEY v. UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Marshall,* and *Harold H. Greene* for the United States.

No. 537, Misc. McCoy v. RANDOLPH, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se*. *William G. Clark,* Attorney General of Illinois, and *Edward A. Berman,* Assistant Attorney General, for respondent.